UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-21116
_____


INGENCO,

                                        Plaintiff-Appellant,

                        v.

COASTAL POWER COMPANY; COASTAL STATES
GAS TRANSMISSION COMPANY/PIPELINE DIVISION;
EL PASO ENERGY CORPORATION,

                                        Defendants-Appellees.

_____

        Appeal from the United States District Court for the
                Southern District of Texas, Houston
                         H-99-CV-837
_____
                        October 10, 2001

Before DUHÉ and BENAVIDES, Circuit Judges, and RESTANI*, District
Judge.

PER CURIAM:**

        Ingenco, a broker of power generating equipment, appeals from

an adverse summary judgment dismissing its contract, unjust

enrichment, and civil conspiracy claims.  We review de novo the

_____

        *       Judge, U.S. Court of International Trade, sitting by
designation.

        **      Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

summary judgment of the district court.  After a careful review of the briefs on file, the record, and the oral arguments submitted upon submission, we find no error in the judgment of the district court and affirm essentially for the reasons stated in the Memorandum and Order of Magistrate Judge Marcia Crone dated October 24, 2000.  Accordingly, the judgment of the district court is affirmed in all things.

AFFIRMED